IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:

REX ALAN JONES and
JANICE MARIE JONES,
   Debtors.

Case No. 10-41681-13 JMK

## MOTION FOR ABATEMENT
## OF PLAN PAYMENTS

COME NOW the Debtors, by and through their attorneys, Stumbo Hanson, LLP, and for their Motion to Abate Plan Payments state and allege as follows:

1. Debtors filed their Voluntary Petition for Chapter 13 Bankruptcy on September 16, 2010.

2. Debtor Janice Jones recently suffered a heart attack and had to undergo a double bypass surgery. She currently faces a difficult recovery and will be unable to return to work for at least three months. Due to her current condition, it is possible that she may not be able to return to work at all and Debtors intend to apply for Social Security disability benefits.

3. Due to this decrease in income until Debtor recovers or receives assistance from Social Security, Debtors will be unable to make their Chapter 13 Plan payments.

4. Debtors request authority to abate their Plan payments for November, December and January, with payments to resume in the month of February, 2011.

5. Debtors' Plan is currently set at 36 months and an abatement of payments will not result in the Debtors' Plan becoming unfeasible.

WHEREFORE, Debtors respectfully request that their Plan payments be abated, and Debtors request such further relief as to the Court seems just and equitable.

IN THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS
In re: Rex and Janice Jones; Case No. 10-41681-13
Motion for Abatement of Plan Payments
Page 2 of 2

Respectfully submitted,
**STUMBO HANSON, LLP**

By: _s/ Kathryn E. Sheedy_
**KATHRYN E. SHEEDY, # 22867**
2887 S.W. MacVicar Ave.
Topeka, KS  66611
(785) 267-3410; 267-9516 (fax)
kathryn@stumbolaw.com
Attorneys for Debtors

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of October, 2010, a true and correct copy of the above and foregoing **DEBTOR'S MOTION FOR ABATEMENT OF PLAN PAYMENT AND NOTICE OF OBJECTION DEADLINE** were sent by electronic mail to those receiving notices electronically and by U.S. mail, first-class, postage prepaid to all parties listed on the attached matrix who do not receive notices electronically.

_s/ Kathryn E. Sheedy_
KATHRYN E. SHEEDY

S:\2. Bankr\Ch 13\Jones, Rex and Janice\Plds\10-10-29 Motion to Abate.wpd