U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
11/22/2010
Hon. Janice Miller Karlin, Presiding

09:00 AM

Case Information:
    10-41681 Rex Alan Jones and Janice Marie Jones   Chapter: 13

Judge: JMK     Filed: 09/16/2010     Pln Confirmed:

Appearances:
    √ Tom Barnes for Kathryn E Sheedy representing Rex Alan Jones (Debtor)
    √ Tom Barnes Kathryn E Sheedy representing Janice Marie Jones (Joint Debtor)
    √ Jan Hamilton (Trustee)

Issue(s):
    Meeting of Creditors & Notice of Appointment of Trustee Jan Hamilton to be held on 10/14/2010 at 10:00 AM at Topeka Post Office Room 303. Proof of Claim due by 01/12/2011. Confirmation Hearing to be Held on 11/22/2010 at 09:00 AM at Topeka Room 210.
Autogenerated

Notes/Decision:

**Plan Confirmed**

Courtroom Deputy: Phyllis Rambert
ECRO Deputy: Olivette Watson